# Order

Michigan Supreme Court
Lansing, Michigan

June 30, 2021

162692

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

BUDDY A. LEWIS, SR., Deceased,
      Plaintiff-Appellant,

v

LEXAMAR CORP., ZURICH AMERICAN
INSURANCE CO., and GALLAGHER
BASSETT SERVICES,
      Defendants-Appellees.

SC: 162692
COA: 350247
MCAC: 18-000008

_____/

On order of the Court, the application for leave to appeal the December 17, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief addressing whether the appellant's injuries arose out of and in the course of his employment with appellee LexaMar Corp. such that LexaMar Corp. is required to pay compensation under MCL 418.301(1). See *Smith v Chrysler Group, LLC*, 331 Mich App 492, 497-498 (2020); Larson, Workers' Compensation Law § 27.03(1)(c)(2019). The appellant's brief shall be filed by October 25, 2021, with no extensions except upon a showing of good cause. In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellees shall file a supplemental brief within 21 days of being served with the appellant's brief. A reply, if any, must be filed by the appellant within 14 days of being served with the appellees' brief. The parties should not submit mere restatements of their application papers.

The total time allowed for oral argument shall be 40 minutes: 20 minutes for the appellant and 20 minutes for the appellees. MCR 7.314(B)(2).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2021 _____



a0623

Clerk